# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MINTAKA FINANCIAL, LLC, | : | No. 517 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| QUADIX, LLC AND JOSH BOHANON, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.